THE HOME SECURITY TRUST COMPANY, *Appellee,* v.
C. BEVAN OLDFIELD et al. (THE H. S. BOICE CATTLE
COMPANY, *Appellant*).

No. 17,597.

HEADNOTE BY THE REPORTER.

JUDICIAL SALE—*Tax Lien—Motion to Set Aside.* Neither the
evidence received nor the evidence rejected nor all together
was sufficient to warrant the setting aside of the sale under
a foreclosure of the tax lien.

Appeal from Stevens district court. Opinion filed
May 11, 1912. Affirmed.

*William Easton Hutchison,* and *C. E. Vance,* for the
appellant.

*F. Dumont Smith,* for the appellee.

*Per Curiam:* On the first appeal (81 Kan. 892, 106
Pac. 1011) there was a reversal of the judgment, but
a confirmation of the sale was not directed. It was
held that under the testimony then presented the sale
should have been confirmed, but this statement in the
opinion did not preclude the offering of any additional
testimony the appellant had when the case was re-
manded for final disposition. On the last trial an offer
of proof was made by appellant in support of its
motion to set aside the sale, but the proffered testimony
which was rejected would have added no weight to
that received on the original hearing, nor did it furnish
any better reasons for setting aside the sale than were
then urged. No material error was therefore commit-
ted in the ruling excluding the evidence and in con-
firming the sale.

The judgment is affirmed.